AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JOHN SIMMONS and SCOTT B. CARLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA SECURITIES, LLC, *a Member Firm*, ) <br> LEHMAN BROTHERS, INC., *a Member Firm*, ) <br> MORGAN KEEGAN & COMPANY, INC., *a Member* ) <br> *Firm*, REGIONS FINANCIAL CORPORATION, *a* ) <br> *Member Firm*, JOHN DOES 1-2, RANDY J. ROSS, ) <br> *a Registered Representative*, JAMES TIMOTHY RITT, ) <br> *a Registered Representative*, and GAIL MARKHAM ) <br> BROWN, *a Registered Representative*, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br> **CASE NO. 5:12-CV-659-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion to Show Cause; Motion to Extend Time for Service [D.E. 9] is DENIED. Plaintiff's Motion to Vacate Arbitration Award [D.E. 1] is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 25, 2013** **WITH A COPY TO:**

Robert G. McIver (via CM/ECF electronic notification)
R. Dennis Fairbanks (via CM/ECF electronic notification)
Charles F. Marshall III (via CM/ECF electronic notification)


| | |
|---|---|
| July 25, 2013 <br> Date | JULIE A. RICHARDS, Clerk <br> Eastern District of North Carolina <br> <br> /s/ Debby Sawyer <br> (By) Deputy Clerk |
| Raleigh, North Carolina | |